OPINION — AG — THE OKLAHOMA ORDINANCE WORKS AUTHORITY IS NOT EMPOWERED TO ESTABLISH SPEED LIMITS ON THE PROPERTY OWNED BY THE AUTHORITY. HOWEVER, WHERE ROADS ON TRUST PROPERTY OWNED BY THE OKLAHOMA ORDINANCE WORKS AUTHORITY MAY BE " HIGHWAYS " WITHIN THE MEANING OF 47 O.S. 1971, 1-122 [47-1-122], THE STATE HIGHWAY COMMISSION (DEPARTMENT OF TRANSPORTATION) MAY ESTABLISH SPEED LIMITS ON SAID ROADS UNDER THE AUTHORITY OF 47 O.S. 1971, 11-802 [47-11-802] CITE: OPINION NO. 56 O.S. 1975 Supp., 344 [56-344], 60 O.S. 1971 164 [60-164], 60 O.S. 1971 165 [60-165], 60 O.S. 1971 166 [60-166] 60 O.S. 1971 176 [60-176], 47 O.S. 1971 22.11 [47-22.11] [47-22.11] (JAMES C. PECK)